248 So.2d 286

In re George HOLLY, alias

v.

STATE.

Ex parte George Holly, alias.

2 Div. 540.

Supreme Court of Alabama.

April 29, 1971.

Judson C. Locke, Marion, for petitioner.

William J. Baxley, Atty. Gen., opposed.

COLEMAN, Justice.

Petition of George Holly, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Holly v. State, 46 Ala. App. 676, 248 So.2d 284.

Writ denied.

HEFLIN, C. J., and SIMPSON, BLOODWORTH, and McCALL, JJ., concur.

254 So.2d 434

In re James Buchannan KING, alias

v.

STATE.

Ex parte James Buchannan King, alias.

2 Div. 545.

Supreme Court of Alabama.

Nov. 11, 1971.

L. Y. Sadler, Jr., Camden, for petitioner.

William J. Baxley, Atty. Gen., opposed.

MADDOX, Justice.

Petition of James Buchannan King, alias, for Writ of Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in King, alias v. State, 47 Ala.App. 360, 254 So.2d 432.

Writ denied.

HEFLIN, C. J., and LAWSON, MERRILL and HARWOOD, JJ., concur.

246 So.2d 664

In re Robert MORRIS

v.

Cecil H. PRICKETT, Warden.

Ex parte Robert Morris.

6 Div. 859.

Supreme Court of Alabama.

April 8, 1971.

Robert R. Bryan, Birmingham, for petitioner.

J. M. Breckenridge, William C. Walker, Birmingham, opposed.

HEFLIN, Chief Justice.

Petition of Robert Morris for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Morris v. Prickett, Warden, 246 So.2d 674.

Writ denied.

LAWSON, MERRILL, HARWOOD and MADDOX, JJ., concur.